UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AmGUARD INSURANCE COMPANY,

                Plaintiff,

-against-

COUNTRY PLAZA ASSOCIATES INC. d/b/a
COOL FISH RESTAURANT, TOM SCHAUDEL,
COOL FISH COMPANY, INC., and MARK SCORDO,

                Defendants.

---

Index No. 13-civ-5205

**STIPULATION**

IT IS STIPULATED AND AGREED, by the undersigned counsel for Plaintiff AmGuard Insurance Company ("Plaintiff") and Defendants Country Plaza Associates Inc. d/b/a Cool Fish Restaurant, Tom Schaudel, Cool Fish Company, Inc., and Mark Scordo (collectively, "Defendants"), that the time for Defendants to respond to Plaintiff's Complaint is extended to and including December 13, 2013.

Dated: New York, New York
        November 27, 2013

| LAZARE POTTER & GIACOVAS LLP | ANDERSON KILL P.C. |
|---|---|
| By: *[signature]* | By: *[signature]* |
| Marci Goldstein Kokalas, Esq. | Matthew F. Putorti, Esq. |
| 875 Third Avenue, 28th Floor | 1251 Avenue of the Americas |
| New York, New York 10022 | New York, New York 10020 |
| (212) 758-9300 | (212) 278-1000 |
| Attorney for Plaintiff | Attorney for Defendants |

nydocs1-1023134.1