UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

CIVIL ACTION NO: CV13 5205

_____

AMGUARD INSURANCE COMPANY,
                                    Plaintiff,

                -against-

AFFIDAVIT OF
SERVICE

COUNTRY PLAZA ASSOCIATES INC. D/B/A
COOL FISH RESTAURANT, ET AL.
                                    Defendant,

_____

Nassau County, New York State:  **RICK LETTAU**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **December 5, 2013** at **8:26 AM** at **9 HILLCREST DRIVE  GLEN HEAD, NY 11545**
Deponent served the within **SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER
SHEET, RULE 7.1 DISCLOSURE** STATEMENT
On which were set forth the Civil Action  No, herein,
On **MARK SCORDO**

| | |
|---|---|
| **Suitable age Person** {XXX} | by delivering a true copy to **CHRISTINA SCORDO (CO-RESIDENT)** a person of suitable age and discretion.  Said premises is recipient's: {   } actual place of business       {XXX} **dwelling place/usual place of abode** |
| **Mailing** {XXX} | Deponent also mailed a copy of same Post Paid by first class mail properly addressed to defendant(s) at the aforementioned address in an envelope marked "Personal and Confidential" and not indicating that the communication was from an attorney or concerned an action against the defendant(s) and deposited said envelope in a post office official depository under exclusive care and custody of the United States Postal Service within New York State on  **December 5, 2013** |
| **Description** {XXX} | **Sex: FEMALE   Color/Skin:  WHITE      Hair: BROWN  Age (approx): 38-50 yrs Height (approx): 5'3"-5'5"      Weight (approx): 120-135 LBS   Other:** |
| **Military Service** {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above narrated. |

Sworn to before me on  December 9, 2013

MAUREEN A. LETTAU
Notary Public, State of New York
NO. 01LE6069760
Qualified in Nassau County
Commission Expires February 11, 2014

RICK LETTAU

NY'S FINEST, INC    PO BOX 203   CARLE PLACE, NY 11514
(516) 997-9252