UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| AmGUARD INSURANCE COMPANY,<br><br>                           Plaintiff,<br><br>- against -<br><br>COUNTRY PLAZA ASSOCIATES INC. d/b/a COOL FISH RESTAURANT, TOM SCHAUDEL, COOL FISH COMPANY, INC. and MARK SCORDO,<br><br>                           Defendants. | Docket No.:  CV-13-5205 (JFB)<br><br>**RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Cool Fish Company, Inc. ("Cool Fish"), by its undersigned counsel, certifies that no parent corporation exists and no publicly-held corporation owns 10% or more of Cool Fish's stock.

Dated:  New York, New York
         December 20, 2013

By: /s/ Matthew F. Putorti
Matthew F. Putorti, Esq.

ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY  10020
Telephone:  212-278-1000

Attorneys for Defendant Cool Fish Company, Inc.