UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

AmGUARD INSURANCE COMPANY,

                                    Plaintiff,

- against -

COUNTRY PLAZA ASSOCIATES INC. d/b/a COOL FISH RESTAURANT, TOM SCHAUDEL, COOL FISH COMPANY, INC. and MARK SCORDO,

                                  Defendants.

Docket No.: CV-13-5205 (JFB)

**RULE 7.1 STATEMENT**

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Country Plaza Associates Inc. d/b/a/ Cool Fish Restaurant ("Country Plaza"), by its undersigned counsel, certifies that no parent corporation exists and no publicly-held corporation owns 10% or more of Country Plaza's stock.

Dated: New York, New York
         December 20, 2013

                                                  By: _/s/ Matthew F. Putorti_
                                                      Matthew F. Putorti, Esq.

                                                        ANDERSON KILL P.C.
                                                        1251 Avenue of the Americas
                                                        New York, NY  10020
                                                        Telephone:  212-278-1000

                                                        Attorneys for Defendant Country Plaza Associates Inc. d/b/a Cool Fish Restaurant

nydocs1-1024722.1