# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733

www.andersonkill.com

Matthew F. Putorti, Esq.
Mputorti@andersonkill.com
212-278-1180

<u>VIA ELECTRONIC FILING</u>                                    January 16, 2014

The Honorable Arlene Rosario Lindsay
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

      Re:    *AmGUARD Ins. Co. v. Country Plaza Assocs. Inc., et al.*
             Docket No.: CV 13-5205 (JFB) (ARL)

Dear Judge Lindsay:

      We represent the Defendants in the above-referenced matter. I write to inform Your Honor that the parties have met and conferred about the proposed scheduling order and have agreed that it is acceptable to both parties. Accordingly, the parties respectfully ask that the initial conference, scheduled for February 12, 2014 at 2:00 p.m., be cancelled.

      Thank you very much.

Respectfully submitted,

*/s/ Matthew F. Putorti*

Matthew F. Putorti

cc:    Alex D. Hardiman, Esq.
        Marci Goldstein Kokalas, Esq. (via email)

New York, NY ■ Ventura, CA ■ Stamford, CT ■ Washington, DC ■ Newark, NJ ■ Philadelphia, PA

nydocs1-1025852.1