DATE:2/5/2014   AT:11:40 a.m.         TIME IN COURT:3 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

    CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV-13-5205

TITLE: AmGuard Ins. Co. V. Country Plaza Associates Inc. Et al.

APPEARANCES:

FOR PLAINTIFF: Marci Kokalas
FOR DEFENDANT: Matthew Putorti

FTR:11:40-11:43 a.m.         COURTROOM DEPUTY:

  X    CASE CALLED.

  X    COUNSEL FOR ALL SIDES PRESENT.

      COUNSEL FOR             NOT PRESENT.

  X    CONFERENCE HELD.

      NEXT (TELEPHONE) STATUS CONFERENCE SET FOR

      MOTION TO BE FILED BY 3/5/2014 ;
          RESPONSE BY 4/4/2014 ;
            REPLY BY 4/18/2014 .

  X    ORAL ARGUMENT SET FOR 5/20/2014 at 4:30 p.m

      JURY SELECTION SET FOR

      JURY TRIAL SET FOR

      OTHER:

Case 2:13-cv-05205-JFB-ARL   Document 25   Filed 02/05/14   Page 2 of 2 PageID #: 64