UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

AmGUARD INSURANCE COMPANY,

                      Plaintiff,

vs.

COUNTRY PLAZA ASSOCIATES INC.
d/b/a COOL FISH RESTAURANT, TOM
SCHAUDEL, COOL FISH COMPANY, INC.
and MARK SCORDO,

                      Defendants.

**Docket No.: CV-13-5205 (JFB)**

ECF Case

---

**DEFENDANTS COUNTRY PLAZA ASSOCIATES INC. D/B/A COOL FISH RESTAURANT'S, TOM SCHADEL'S, AND COOL FISH COMPANY, INC.'S RESPONSE TO PLAINTIFF'S LOCAL CIVIL RULE 56.1 STATEMENT IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT**

Defendants Country Plaza Associates Inc. d/b/a Cool Fish Restaurant, Tom Schaudel, and Cool Fish Company, Inc. (collectively, "Country Plaza Defendants"), by and through their undersigned attorneys, set forth the following response to Plaintiff AmGaurd Insurance Company's ("AmGuard") Local Civil Rule 56.1 Statement in support of its motion for summary judgment:

1. Admitted.

2. Admitted.

3. Refers to the AmGuard Policies for their contents. Declaration of Matthew F. Putorti, Esq. dated April 4, 2014 ("Putorti Dec."), Exhs. A & B.

4. Admitted that the quoted language appears in the AmGuard Policies as part of the cited sections.

5. Admitted that the quoted language appears in the AmGuard Policies as part of the cited sections.

6. Admitted that the quoted language appears in the AmGuard Policies as part of the cited sections.

7. Admitted that the quoted language appears in the AmGuard Policies as part of the cited sections.

8. Admitted that the quoted language appears in the AmGuard Policies as part of the cited sections.

9. Admitted that the quoted language appears in the AmGuard Policies as part of the cited sections.

10. Admitted Scordo filed suit against the Country Plaza Defendants in July 2013 in the United States District Court for the Eastern District of New York, and refers to the Complaint in the Underlying Action for its contents. Putorti Dec., Exh C.

11. Denied as to AmGuard's characterization of the allegations, and refers to the Complaint in the Underlying Action for its contents. Putorti Dec., Exh C.

12. Admitted that the quoted language appears in the Complaint in the Underlying Action, and refers to the Complaint for its contents.

13. Admitted that the quoted language appears in the Complaint in the Underlying Action, and refers to the Complaint for its contents.

14. Denied as to AmGuard's characterization of the allegations, and refers to the Complaint in the Underlying Action for its contents. Putorti Dec., Exh C.

15. Denied as to AmGuard's characterization of the allegations, and refers to the Complaint in the Underlying Action for its contents. Putorti Dec., Exh C.

16. Admitted that the quoted language appears in the Complaint in the Underlying Action, and refers to the Complaint for its contents.

17. Denied as to AmGuard's characterization, and refers to the Complaint in the Underlying Action for its contents. Putorti Dec., Exh C.

18. Admitted.

19. Admitted, and refers to the cited document for its contents.

20. Denied. Putorti Dec., Exhs. A & B.

21. Denied. Putorti Dec., Exhs. A & B.

22. Admitted, and refers to the cited document for its contents.

23. Admitted, and refers to the cited document for its contents.

24. Denied as to AmGuard's contention that it "has no obligation to defend or indemnify Country Plaza and Schaudel for any such allegations," admitted as to the remaining allegations, and refers to the cited document for its contents. Putorti Dec., Exhs A & B.

25. Admitted.

26. Admitted.

27. Admitted.

28. Admitted that "AmGuard sought leave of the Court to make the instant motion," and denied as to the remaining allegations.

Dated: New York, New York
April 4, 2014

By: _____
Matthew F. Putorti, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-278-1000

*Attorneys for Defendants
Country Plaza Associates Inc. d/b/a
Cool Fish Restaurant, Tom Schaudel,
and Cool Fish Company, Inc.*

To: Yale Glazer (YG-1616)

3

Marci Goldstein Kokalas (MG-1951)
LAZARE POTTOR & GIACOVAS LLP
875 Third Avenue
28th Floor
New York, New York  10022
Telephone:  212-758-9300

*Attorneys for Plaintiff*
*AmGuard Insurance Company*

# Burnside, Eric

| | |
|---|---|
| **From:** | ecf_bounces@nyed.uscourts.gov |
| **Sent:** | Friday, April 04, 2014 4:06 PM |
| **To:** | nobody@nyed.uscourts.gov |
| **Subject:** | Activity in Case 2:13-cv-05205-JFB-ARL AmGuard Insurance Company v. Country Plaza Associates Inc. et al Reply in Opposition |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U.S. District Court

## Eastern District of New York

## Notice of Electronic Filing

The following transaction was entered by Putorti, Matthew on 4/4/2014 at 4:06 PM EDT and filed on 4/4/2014
**Case Name:** AmGuard Insurance Company v. Country Plaza Associates Inc. et al
**Case Number:** 2:13-cv-05205-JFB-ARL
**Filer:** Cool Fish Company, Inc.
Country Plaza Associates Inc.
Tom Schaudel
**Document Number:** 28

**Docket Text:**
**REPLY in Opposition re [26] MOTION for Summary Judgment** *Defendants Country Plaza, Associates Inc. D/B/A Cool Fish Restaurant's, Tom Schadel's and Cool Fish Company, Inc.'s Response to Plaintiff's Local Civil 56.1 Statement as attachment 1 to Plaintiff's Motion for Summary Judgment* **filed by Cool Fish Company, Inc., Country Plaza Associates Inc., Tom Schaudel. (Putorti, Matthew)**

**2:13-cv-05205-JFB-ARL Notice has been electronically mailed to:**

Marci Goldstein Kokalas    mgoldstein@lpgk.com, mgoldstein@lpgllp.com

Matthew Francis Putorti    mputorti@andersonkill.com, dflynn@andersonkill.com

Stephen M. Lazare    slazare@lpgllp.com

Yale Howard Glazer    yglazer@lpgllp.com, slazare@lpgllp.com

1

**2:13-cv-05205-JFB-ARL Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP NYEDStamp_ID=875559751 [Date=4/4/2014] [FileNumber=8635988-0] [
887a0a66872922c3557b0c4f059e4fcb61d2dcd0f81e722a3c0410453042a5b823189b
27308df6bf1469dd8f15da4ffa2862f880575c06516da5123dde65a590]]