# ANDERSON KILL P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Matthew F. Putorti, Esq.
Mputorti@andersonkill.com
212-278-1180

*Via ECF*  May 19, 2014

The Honorable Joseph F. Bianco
United States District Court for the Eastern District of New York
Long Island Courthouse
100 Federal Plaza
Central Islip, NY 11722

    Re:    *AmGuard Ins. Co. v. Country Plaza Assocs. Inc., et al.*
             Docket No.: CV 13-5205 (JFB) (ARL)

Dear Judge Bianco:

    I write to inform Your Honor that the parties have met and conferred and are agreed to move oral arguments on Tuesday, May 20 from 4:30pm to 2:00pm.

    Thank you very much.

Respectfully submitted,

Matthew F. Putorti

cc:    Marci Goldstein Kokalas, Esq. (via ECF)