**CIVIL CAUSE FOR ORAL ARGUMENT**
BEFORE JUDGE BIANCO

DATE: 5/20/14                                    TIME: 2:59 p.m.

CASE NUMBER: CV 13-5205

TITLE: AmGuard v. County Plaza

PLTFFS ATTY:        **Marci Goldstein Kokalas**
                     X  present            ____ not present


DEFTS ATTY:         **Matthew Putorti**
                     X present             ____ not present


FTR RECORDER: 2:59-3:26             COURTROOM DEPUTY: Michele Savona

OTHER: _____

  X    CASE CALLED.

  X    CONF (HELD / ADJ'D / CONT'D TO_____)

  X    ARGUMENT HEARD / CONT'D TO_____.

  X    DECISION: RESERVED.

**OTHER:** _____